United States District Court
Southern District of Texas
**ENTERED**
February 22, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Radley Bradford, §
§
       Plaintiff, §
§
versus §   Civil Action H-21-3881
§
KMD Partners, LLC, §
§
       Defendant. §

## Final Dismissal

Upon the agreement of the parties, Radley Bradford's individual claims are dismissed with prejudice, and the class claims are dismissed without prejudice. (14)

Signed on February 22, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge